AO 91 (Rev. 11/11) Criminal Complaint

## UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

United States Courts
Southern District of Texas
**FILED**

NOV 2 2 2013

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. H-13-1157M |
| JAYMARCUS WALKER, | ) | |
| CHRISTOPHER WADE, | ) | |
| and | ) | |
| KENNETH LOPEZ | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 20, 2013_____ in the county of _____Harris_____ in the
___Southern___ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. Sections 2113(a), (d), and 2 | Aiding and Abetting Bank Robbery |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Karen Ann Marinos
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/25/13__

_____
*Judge's signature*

George Hanks, U.S. Magistrate Judge
*Printed name and title*

City and state: _____

AFFIDAVIT

I, Karen Ann Marinos, being duly sworn, do hereby depose and state:

1.    I am a Special Agent of the Federal Bureau of Investigation (FBI), duly appointed according to law and acting as such.   I have been a Special Agent with the FBI for approximately eleven years, and I am currently assigned to the Houston Area Bank Robbery Task Force (HABRTF), which is comprised of agents from the FBI, officers from the Houston Police Department (HPD), and deputies from the Harris County Sheriff's Office (HCSO).   The facts contained in this affidavit are based upon information provided to me by other law enforcement officers, other witnesses, and my own personal knowledge.   Since this affidavit is made for the limited purpose of supporting a criminal complaint, I have not set forth each and every fact learned during the course of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause for the crime charged. Unless otherwise indicated, where actions, conversations, and statements of others are related herein, they are related in substance and in part only.

1

2.    Based on the facts and circumstances outlined below, there is probable cause to believe that, JAYMARCUS WALKER (WALKER), CHRISTOPHER WADE (WADE), and KENNETH LOPEZ (LOPEZ) have violated Title 18, United States Code, Sections 2113(a), (d), and 2, in that they did aid and abet each other, and others, known and unknown, who by force and violence, or by intimidation, took, and attempted to take, from the person or presence of another, any property or money or anything of value belonging to, or in the care, custody, control, management, or possession of JP Morgan Chase Bank, insured by FDIC, and in the process of doing so put in jeopardy the life of persons by the use of a dangerous weapon.

3.    On November 20, 2013, at approximately 6:41 AM, two men, later identified as WALKER and LOPEZ, (together, "SUBJECTS"), each armed with a handgun attempted to rob the JP Morgan Chase Bank (BANK) located at 8384 Westheimer Road, Houston, Texas. Upon bank tellers performing opening procedures and while bank teller Australia Spottsville (Teller#1) held the door open for the second bank teller, Briseida Ochoa (Teller#2), to enter the bank's front door, the tellers saw the SUBJECTS, wearing masks, run towards them. Teller#1 immediately tried to close the front doors while Teller#2 ran away from the bank and

into a Sonic Restaurant nearby. LOPEZ forced himself inside the bank's front door with Teller#1. Both were standing in the vestibule area between the bank's first set of front doors and second set of front doors. Teller#1 and LOPEZ both watched as WALKER chased Teller#2. Teller#2 was too fast and WALKER was unable to catch her therefore WALKER returned to the bank. WALKER had a handgun in his hand and LOPEZ pulled up his shirt to show that he had a handgun in his waistband. SUBJECTS demanded that Teller#1 take them to the vault. Teller#1 explained to SUBJECTS that she could not open the vault by herself. Referring to Teller#2, LOPEZ stated "WE NEED TO GET HER!" WALKER replied "SHE'S GONE, LET'S GO." SUBJECTS fled the scene without obtaining any money.

4.    Houston Independent School District Police Officer R. Lopez (Officer Lopez), was in his vehicle waiting at a traffic light in the intersection of Dunvale and Westheimer when an unknown female ran up to his car. The female informed him that she was at the JP Morgan Chase Bank's ATM and ran to inform him that it was being robbed by two unknown males. Officer Lopez looked in the direction of the bank and saw the SUBJECTS, dressed in all black and wearing masks, in front of the bank and closely observed the SUBJECTS get into a white 4 door Oldsmobile with TX license plate BLP1564. Officer Lopez notified HISD

3

dispatch and continued to follow the vehicle throughout the pursuit. Officer Lopez was joined by several HISD, Houston Police Officers and 77Fox (police helicopter) who pursued the bank robbery SUBJECTS and their vehicle. Once the vehicle was stopped LOPEZ was taken into custody. WALKER, wearing all black clothing, was observed running away from officers into a Jack in the Box, then running out of the restaurant wearing red shorts and a black hoodie. Shortly thereafter, at 7:11am, WALKER was taken into custody and items of evidence were collected. The driver of the vehicle fled the location on foot and was later identified as CHRISTOPHER WADE (WADE). Members of the HABRTF were searching for WADE at several locations. Later in the day, at 2:00pm, WADE was discovered hiding in a closet at his girlfriend's apartment, 5664 Birchmont Apartment C, Houston, TX, and was subsequently arrested.

5.   On the evening of November 20, 2013, LOPEZ was interviewed by members of the HABRTF. LOPEZ waived his rights and confessed to taking part in the bank robbery at JP Morgan Chase Bank, 8384 Westheimer, Houston, Texas. LOPEZ admitted to forcing his way into the bank's front doors and lifting his shirt, showing a bank teller that he had a handgun in his waistband. LOPEZ identified WALKER as the other bank robber and WADE as their driver. LOPEZ identified WALKER as the one in

4

charge who planned the bank robbery. WALKER estimated that they would steal approximately $150,000 to $200,000 from the bank's vault. WALKER informed LOPEZ that he would get $10,000 for his participation and the use of his vehicle, the Oldsmobile Alero. LOPEZ also understood that WALKER was going to give WADE $10,000 for driving the vehicle to drop them off for the bank robbery then picking them up to get away from the scene. LOPEZ admitted that WALKER was wearing black shoes, black jeans, black shirt, black hoodie, and a black beanie during the robbery. The black beanie contained a red circular symbol on the forehead and red teardrops near the mask's eye during the robbery. During the robbery WADE wore a LA Kings cap and a jacket with the words "Truk fit" on the back. WALKER provided LOPEZ with the gun and black gloves for the bank robbery.

6.   LOPEZ also confessed to driving WALKER, in his car, to commit a bank robbery on October 31, 2013 located at Wells Fargo Bank near Highway 59 and Crosstimbers Street (identified as Wells Fargo, 3601 Eastex Freeway, Houston, TX). LOPEZ dropped WALKER off near a bus stop next to the bank.

7.   On the evening of November 20, 2013, WADE was interviewed by members of the HABRTF. WADE waived his rights and confessed to participating as the driver to drop LOPEZ and WALKER off at JP Morgan Chase Bank, 8384 Westheimer, Houston,

5

Texas, with the purposes of robbing the bank. WADE also admitted that he was waiting for both to return after the bank robbery so that he could drive them away from the location. WADE understood that WALKER was going to give him $10,000 for being the driver. WADE explained that this was his only time ever being involved with robbing a bank and that he knew WALKER from playing basketball together. WALKER approached WADE with the opportunity. WADE spent the night at LOPEZ's residence the night before the bank robbery. WADE admitted that he was wearing a jacket with the words "Truk fit" on the back and a LA Kings hat.

8.    On the evening of November 20, 2013, WALKER was interviewed by members of the HABRTF. WALKER waived his rights and confessed to being responsible for attempting to rob the JP Morgan Chase Bank, 8384 Westheimer, Houston, Texas. WALKER was not forthcoming with any other details regarding the plans or how he obtained the guns for the bank robbery. WALKER made statements to the HABRTF interviewers explaining that they should already know all facts about the investigation therefore he will not have to provide them any further information. WALKER made several statements that he did not hurt anyone at the bank but he would apologize to the bank tellers. WALKER admitted that he was on parole for a previous crime and that he would fight any bank robbery charges. WALKER explained that he met LOPEZ and

6

WADE while playing basketball. WALKER denied any involvement in any other bank robbery. WALKER denied being in charge of the bank robbery that day.

9.   During WALKER's interview he admitted that he was on parole but would not divulge the reason. Criminal History records revealed WALKER was charged and convicted for aggravated robbery and unauthorized use of a motor vehicle in 2004. Walker was sentenced to 18 months jail for the unauthorized vehicle use and sentenced to 10 years on aggravated robbery. On May 25, 2010, Walker was released on parole and he currently remains on parole.

10. Based on the foregoing, I believe there is probable cause to believe that on November 20, 2013, JAYMARCUS WALKER, CHRISTOPHER WADE, and KENNETH LOPEZ did aid and abet each other, and others, known and unknown, who by force and violence, or by intimidation, took, and attempted to take, from the person or presence of another, any property or money or anything of value belonging to, or in the care, custody, control, management, or possession of JP Morgan Chase Bank, insured by FDIC, and in the process of doing so put in jeopardy the life of persons by the use of a dangerous weapon, in violation of Title 18, United States Code, Section 2113(a), (d), and 2.

Karen Ann Marinos
Special Agent
Federal Bureau of
Investigation

Sworn to and subscribed before me on this the 25th day of November, 2013 and I find probable cause.

GEORGE HANKS
United States Magistrate
Judge

8